

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00369-CR

Jimmy **ALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8138
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice